1  THE BERG LAW GROUP
   IRVING L. BERG (SBN 36273)
2  433 Town Center, PMB 943
   Corte Madera, CA 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net

5  Attorney for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 FRANCES L. SERANIA, individually and on      Case No.: C 06-2106 TEH
   behalf of all others similarly situated,
11                                              NOTICE OF DISMISSAL
                 Plaintiff,                     WITHOUT PREJUDICE / AND ORDER
12 v.

13 ACCOUNTS RECEIVABLE
   MANAGEMENT, INC.,
14

15 _____/

16

17
   TO: THE CLERK OF THE COURT
18
          PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, without prejudice,
19
   pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. No class has been certified
20
   in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.
21
   Further, defendants have not served an answer or motion for summary judgment, and therefore,
22
   dismissal does not require a court order.
23

24
   DATED: __April 23, 2006__          By: __/s/_____
25                                         IRVING L. BERG
                                           Attorney for Plaintiff
26

27                                    Date: April 24, 2006

28  NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER
    Case No.: C 06-2106 TEH

IT IS SO ORDERED
/s/ Judge Thelton E. Henderson